Vahag Matevosian, Esq. (SBN 283710)
Email: consumerlitigationteam@kaass.com

**KAASS LAW**
313 East Broadway #944
Glendale, California, 91209
Telephone: 310.943.1171

Attorney for Plaintiff
KIARASH MOHAMMADI

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIARASH MOHAMMADI, an individual, ) | Case No.  2:12-cv-08778-BRO-(CWx) |
| Plaintiff, ) | |
| ) | PLAINTIFF'S NOTICE OF |
| vs. ) | SETTLEMENT WITH DEFENDANT |
| ) | MIDLAND FUNDING LLC |
| BANK OF AMERICA N.A., a National ) | |
| Association, *et al.* ) | Honorable Beverly Reid O'Connell |
| Defendants. ) | |
| _____ ) | |

TO THE COURT AND ALL PARTIES THROUGH COUNSEL OF RECORD:

Plaintiff KIARASH MOHAMMADI ("Plaintiff") hereby gives notice that Plaintiff and Defendant MIDLAND FUNDING, LLC (collectively "Parties") have negotiated a settlement of the instant matter and request the following to effectuate the terms of the settlement:

1. The parties have reached a settlement in this matter;
2. The terms of the settlement have been reduced to writing in a confidential settlement agreement, which embodies the substance of said settlement, and which will provide completion of the instant litigation for the parties;
3. In light of the settlement reached, the parties are working diligently to timely execute the settlement agreement and request that the Court take all future hearing dates OFF calendar;
4. Once the settlement agreement is executed and its terms fulfilled, Parties will file a

1 | Stipulation to Dismiss this Action pursuant to Federal Rules of Civil Procedure
2 | 41(a)(1).

3

4 | Dated: August 8, 2013                    Respectfully submitted,

5

**KAASS LAW**
6 | */s/ Vahag Matevosian*
Vahag Matevosian
7 | Attorney for Plaintiff
KIARASH MOHAMMADI
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28