Vahag Matevosian (State Bar No. 283710)
Email: consumerlitigationteam@kaass.com

**KAASS LAW**
313 East Broadway #944
Glendale, California, 91209
Telephone: 310.943.1171

Attorney for Plaintiff
KIARASH MOHAMMADI

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIARASH MOHAMMADI, an individual, | ) |
| Plaintiff, | ) |
| vs. | ) |
| BANK OF AMERICA N.A., a National Association, *et al.* | ) |
| Defendants. | ) |

**Case No.:  2:12-cv-08778-BRO-(CWx)**

ORDER GRANTING THE
JOINT STIPULATION TO DISMISS THE
ACTION AS TO DEFENDANT
MIDLAND FUNDING LLC

Based on the JOINT STIPULATION TO DISMISS by Plaintiff KIARASH MOHAMMADI and Defendant MIDLAND FUNDING LLC, the above-captioned action is hereby dismissed as to Defendant MIDLAND FUNDING LLC with prejudice.

Each side shall bear its own costs and fees.

**IT IS SO ORDERED.**

Dated: August 26, 2013

_____
HON. BEVERLY REID O'CONNELL
UNITED STATES DISTRICT JUDGE